UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSPITALITY INTERNATIONAL, INC., and RED CARPET INNS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> – against – <br><br> ALFA HOSPITALITY, LLC, and LIRZET CECUNJANIN <br><br> Defendants. | Civil Action No.: 1:19-cv-705 [GTS/DJS] <br><br><br> **ORDER** |

THIS MATTER, having been brought before the Court on the motion of Plaintiffs, Hospitality International, Inc. and Red Carpet Inns International, Inc. (collectively, "Plaintiffs"), for the entry of an order of contempt against Defendants, Alfa Hospitality, LLC and Lirzet Cecunjanin (collectively, "Defendants") for their violation of this Court's Order, dated September 10, 2019, and the Court having considered the papers submitted and the arguments of counsel, if any,

IT IS this 12th day of December, 2019, ORDERED as follows:

1. Plaintiffs' contempt motion is **GRANTED**;

2. Defendants are in contempt of court, jointly and severally, as a result of their failure to comply with this Court's Order, dated September 10, 2019;

3. Defendants shall immediately comply with the terms of this Court's Order, dated September 10, 2019;

4. Defendants shall deliver to counsel for Plaintiffs all of their personal books and records, and the books and records for all entities in which they own, operate, manage, or are responsible for filing a tax return, from September 10, 2019 to date within ten (10) days of this

1

Order for the purpose of an accounting. Plaintiffs shall review the books and records to determine the profits due to Defendants as compensation for Defendants' violation of this Court's Order, dated September 10, 2019. Within ten (10) business days of receiving the books and records from Defendants, Plaintiffs shall file a certification detailing the profits and the attorneys' fees and costs incurred in prosecuting the contempt motion. Defendants shall have five (5) days to file an objection to the accounting and the attorneys' fees and costs. The Court shall then resolve any dispute and enter judgment in the appropriate amount.

5. Failure of Defendants to fully and promptly comply with the terms of this Order shall subject him to further sanctions, including incarceration.

SO ORDERED.

GLENN T. SUDDABY
UNITED STATES DISTRICT JUDGE