UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSPITALITY INTERNATIONAL, INC., and RED CARPET INNS INTERNATIONAL, INC., | Civil Action No.: 1:19-cv-705 [GTS/DJS] |
| Plaintiff, | |
| – against – | |
| ALFA HOSPITALITY, LLC, and LIRZET CECUNJANIN | **ORDER** |
| Defendants. | |

THIS MATTER, having been brought before the Court on the motion of Plaintiffs, Hospitality International, Inc. and Red Carpet Inns International, Inc. (collectively, "Plaintiffs"), for the issuance of an arrest warrant for Lirzet Cecunjanin, and delivery and destruction order with respect to Alfa Hospitality, LLC and Lirzet Cecunjanin, and the Court having considered the papers submitted and the arguments of counsel, if any,

IT IS this  29th  day of  March , 2021, ORDERED as follows:

1. Plaintiffs' motion is **GRANTED**;

2. A Warrant for Arrest of Lirzet Cecunjanin is hereby issued;

3. The U.S. Marshal's Service is hereby commanded to arrest Lirzet Cecunjanin, at any location, to enforce this Court's Orders between the hours of  6:00 AM to 10:00 PM , on a day when the Court is in session, and bring him forthwith before a Judge of the United States District Court for the Northern District of New York to await the further Order of the Court in this matter. Local police departments and state agencies are authorized and directed to provide assistance to the U.S. Marshal executing the warrant;  The USMS may use necessary force and take all necessary and reasonable actions, including entering Lirzet Cecunjanin's residence, to execute this order and to bring Lirzet Cecunjanin before the court. The United States Marshal is authorized to arrest any person who impedes the execution of this order:;

2

4. A Delivery and Destruction Order is hereby entered, permitting the U.S. Marshal's Service to deliver up and destroy all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of the defendant, bearing Plaintiffs' registered marks or, the word, term, name, symbol, device, combination thereof, designation, description, or representation that is the subject of the violation, or any reproduction, counterfeit, copy, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same.

SO ORDERED.

Dated: March 29, 2021

Hon. Glenn T. Suddaby
Chief U.S. District Judge